UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL LUIS POYE, | ) | 1:08-cv-00497-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION |
| | ) | FOR A THIRTY-DAY EXTENSION OF |
| | ) | TIME TO FILE FIRST AMENDED |
| v. | ) | COMPLAINT (DOCS. 6, 8) |
| | ) | |
| PUBLIC DEFENDER AREA PARKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, a state prisoner, is proceeding pro se and in forma pauperis with a civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On April 22, 2008, the Court dismissed Plaintiff's complaint with leave to amend and directed Plaintiff to file a first amended complaint within thirty days of the date of service of the order; the Court's order was served by mail on the same date.

    On June 10, 2008, Plaintiff filed a request for an extension of time that had been signed on May 21, 2008. Again on June 18, 2008, Plaintiff filed a request for an extension of time.

1

1     Good cause appearing, IT IS ORDERED that Plaintiff's request
2  for an extension of time IS GRANTED. Plaintiff SHALL FILE an
3  amended complaint no later than thirty days after the date of
4  service of this order.
5     Plaintiff IS INFORMED that the failure to file an amended
6  complaint in accordance with this order will be considered to be
7  a failure to comply with an order of the Court pursuant to Local
8  Rule 11-110 and will result in dismissal of this action. Further,
9  failure to file an amended complaint that states a claim upon
10 which relief may be granted will be considered to be grounds for
11 dismissing the complaint pursuant to 28 U.S.C. § 1915A(b) and
12 will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:    June 23, 2008**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE